In the Matter of IRONELYS A., Appellant, v JOSE A., Respondent.

Submitted June 27, 2016; decided September 15, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of GANIYU ADEBOLA ODUNBAKU, Respondent, v DIANA ODUNBAKU, Appellant. (Proceeding No. 1.)

In the Matter of DIANA ODUNBAKU, Appellant, v GANIYU ADEBOLA ODUNBAKU, Respondent. (Proceeding No. 2.)

Submitted September 12, 2016; decided September 15, 2016

Reported below, 131 AD3d 617.

Motion by Sanctuary for Families et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.